IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEONARDO JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:11cv232-WHA |
| | ) |
| CHIEF OF THE OPELIKA POLICE DEPT., | ) (wo) |
| | ) |
| Defendant. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #29), entered on August 18, 2011, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 8th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE