IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEONARDO JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:11cv232-WHA |
| ) | |
| CHIEF OF THE OPELIKA POLICE ) | (wo) |
| DEPT., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #29), entered on August 18, 2011, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 8th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE