IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LEONARDO JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:11cv232-WHA |
| ) | |
| CHIEF OF THE OPELIKA POLICE ) | (wo) |
| DEPT., ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant, Chief of the Opelika Police Dept., and against the Plaintiff, Leonardo Johnson, and this case is DISMISSED without prejudice.

DONE this 8th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE